Hon. Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN HUNTER,<br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEROME WILEN, TIM THRASHER and CORYDON WHALEY,<br>　　　　　　　　　Defendants. | NO. C13-CV-5427 RJB/KLS<br><br>STIPULATION AND ORDER TO FILE AN EXHIBIT UNDER SEAL |

**STIPULATION**

The parties, through counsel of record, agree as follows:

　　　1.　　The parties have previously agreed to a Protective Order, Dkt. #21, with respect to filing UNDER SEAL documents that Defendant State of Washington believes to be confidential under (a) the law enforcement and (b) Department of Corrections - Security Threat Group exemptions of the Public Records Act, RCW 42.56.240 (1) and (10), and analogous exemptions under the Federal Freedom of Information Act (FOIA) and federal cases protecting information related to prison security.

　　　2.　　Plaintiff, through counsel, will be bringing a Motion to Compel Discovery, in which he will be relying, in part, on Discovery Document #21200103, which Defendant believes should be protected as law enforcement/intelligence and/or as security threat group information.

STIPULATION AND ORDER TO FILE
AN EXHIBIT UNDER SEAL - 1
HUNTER V. JEROME WILEN, et al.
CAUSE NO. 3:13-cv-5427-RJB-KMS

**Fred Diamondstone**
ATTORNEY AT LAW
1218 Third Ave., Suite 1000
Seattle, WA 98101
(206) 568-0082
(206) 568-1683 FAX

3. The particular document, DOC Document #21200103, contains law enforcement intelligence information concerning security threat group information and the defendant has provided this document, notwithstanding its claim that it is protected by RCW 42.56.240 (1) and (10), the Law Enforcement and Security Threat Group exemptions to Washington's Public Disclosure statute, and analogous exemptions under the Federal Freedom of Information Act (FOIA) and federal cases protecting information related to prison security.

4. The parties have conferred as required by LCR 5 (g) (3) (A). The parties agree that filing this one page under seal is the minimal amount of material needs to be filed under seal in relation to Plaintiff's motion. The conference occurred on November 19, 2013, following a prior face-to-face conference on November 1, 2013 and a course of numerous telephone and email communications between November 6 and November 19, 2013. The applicable legal standard is the claim of Defendant Department of Corrections that this material is Law Enforcement Intelligence Information and Security Threat Group information subject to RCW 42.56.240 (1) and (10). (Stipulation filed on November 19, 2013, Dkt. # 21)  Further, "[a]n important purpose of a pre-trial protective order is to preserve the confidentiality of materials which are revealed in discovery but are not made public by trial." *Rhinehart v. The Seattle Times Co*., 98 Wn.2d 226, 233, 654 P.2d 673 (1982) (citing *National Polymer Prods., Inc. v. Borg-Warner Corp.*, 641 F.2d 418, 424 (6th Cir. 1981), *aff'd. sub nom. Seattle Times Co. vs. Rhinehart,* 467 U.S. 20, 104 S.Ct. 2199 (1984); *see also Gannett Co., v. DePasquale,* 443 U.S. 368, 396-97, 99 S.Ct. 2898, 61 L.Ed.2d 608 (C.J. Burger concurring) (" A pretrial deposition does not become part of a trial until and unless the contents of the deposition are offered in evidence …. In the entire pretrial period,

/ / /

/ / /

STIPULATION AND ORDER TO FILE
AN EXHIBIT UNDER SEAL - 2
HUNTER V. JEROME WILEN, et al.
CAUSE NO. 3:13-cv-5427-RJB-KMS

**Fred Diamondstone**
ATTORNEY AT LAW
1218 Third Ave., Suite 1000
Seattle, WA 98101
(206) 568-0082
(206) 568-1683 FAX

there is no certainty that a trial will take place.").

| DATED: | DATED |
|---|---|
| _____ | _____ |
| Daniel J. Judge, WSBA No. 17392 | Fred Diamondstone, WSBA No. 7138 |
| Senior Counsel | Attorney for Plaintiff Hunter |
|   Office of the Attorney General | |
| WSBA No. 17392 | |
| Attorney for Defendant State | |

## ORDER

The Court has reviewed the Stipulation of the parties. Now, therefore:

IT IS HEREBY ORDERED that the stipulation is APPROVED.

IT IS FURTHER ORDERED Document #21200103 shall be filed UNDER SEAL when it is filed in support of Plaintiff's Motion to Compel Discovery and to Overrule Objections, pending the Court's final disposition of the Motion to Compel Discovery, at which time the Court will determine whether Exhibit 8 needs to remain under seal.

DATED this 26 day of November, 2013.

_____
Karen L. Strombom
United States Magistrate Judge

Presented by:

_____
Fred Diamondstone, WSBA No. 7138
Attorney for Plaintiff Hunter
Copy received, Approved as to Form,
Notice of Presentation Waived

_____
Daniel J. Judge, WSBA No. 17392
Senior Counsel
Office of the Attorney General
Attorney for Defendant State

STIPULATION AND ORDER TO FILE
AN EXHIBIT UNDER SEAL - 3
HUNTER V. JEROME WILEN, et al.
CAUSE NO. 3:13-cv-5427-RJB-KMS

**Fred Diamondstone**
ATTORNEY AT LAW
1218 Third Ave., Suite 1000
Seattle, WA 98101
(206) 568-0082
(206) 568-1683 FAX