13-CV-05427-STIP

FILED _____ LODGED
_____ RECEIVED

APR 07 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable Robert J. Bryan
United States Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN HUNTER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>JEROME WILEN, TIM THRASHER, and CORYDON WHALEY,<br><br>Defendants. | NO. 13-5427RJB/KLS<br><br>STIPULATION FOR AMENDMENT TO PRETRIAL SCHEDULING ORDER AND ORDER APPROVING STIPULATION |

WHEREAS, This Court has issued a Pretrial Scheduling Order dated July 23, 2013 and filed as ECF No. 10 in this case, and an extension of certain deadlines, filed November 14, 2013 as ECF No. 19, and an extension of certain deadlines, filed January 24, 2014 as ECF No. 37, and Plaintiff's spouse, Brenda Taylor, is unavailable for deposition due to a recent medical procedure.

In light of the schedule for counsel for Plaintiff and Defendants and the unavailability of Ms. Taylor, the parties agree that the time for taking Ms. Taylor's deposition should be extended from Monday, April 14, 2014, to Friday, May 30, 2014.

STIPULATION FOR AMENDMENT TO
PRETRIAL SCHEDULING ORDER AND
ORDER APPROVING STIPULATION
-- NO. 13-5427RJB/KLS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

DATED This 2d day of ~~March~~ April, 2014.

Daniel J. Judge
WSBA No. 17392, OID No. 91023
Attorney for Defendants

DATED This 31st day of March, 2013.

Fred Diamondstone
WSBA No. 7138
Attorney for Plaintiff

ORDER

The Court has reviewed the Stipulation, above. The Stipulation is APPROVED.

IT IS HEREBY ORDERED that the CLERK OF THE COURT shall note the new and/or changed dates listed in the above Stipulation on the Docket.

IT IS FURTHER ORDERED that all other deadlines and provisions of the Court's order filed on July 23, 2013 (ECF No. 10) as modified by the order November 14, 2013 (ECF No. 19); and as modified by the order of January 24, 2014 (ECF No. 37) shall remain in effect.

DATED This 7th day of April, 2014.

Karen L. Strombom
United States Magistrate Judge

STIPULATION FOR AMENDMENT TO
PRETRIAL SCHEDULING ORDER AND
ORDER APPROVING STIPULATION
-- NO. 13-5427RJB/KLS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

## PROOF OF SERVICE

I hereby certify that on this 2nd day of April, 2014, I caused to be electronically filed the foregoing document with the Clerk of the Court and served on plaintiff's counsel, Fred Diamondstond, using the CM/ECF system

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 2d day of April, 2014, at Tumwater, WA.

By: s/Daniel J. Judge
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: DanielJ@atg.wa.gov
Attorneys for Defendants

STIPULATION FOR AMENDMENT TO
PRETRIAL SCHEDULING ORDER AND
ORDER APPROVING STIPULATION
--NO. 13-5427RJB/KLS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352